AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| CLIVE ALLEN | ) | Case No.    5:25-MJ-331 (ML) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant(s)** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of July 17, 2025 in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, U.S.C. §§ 841(a)(1) and (b)(1)(B). | Distribution and Possession with Intent to Distribute a Controlled Substance. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒    Continued on the attached sheet.

JACOB GARRETT  Digitally signed by JACOB GARRETT
Date: 2025.10.10 12:34:08 -04'00'

*Complainant's signature*

Jacob Garrett, ATF Special Agent

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    October 10, 2025

*Judge's signature*

City and State:    Binghamton, New York

Hon. Miroslav Lovric, U.S. Magistrate Judge

*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Jacob Garrett, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been since May 2024. Prior to my employment with ATF, I was a commissioned officer in the United States Army. Since my completion of the ATF Criminal Investigator Training Program and the Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia, I have been assigned to the ATF Syracuse Office. I work with a team of experienced criminal investigators from the ATF and have participated in numerous investigations involving controlled purchases of both firearms and narcotics.

2.      I submit this affidavit in support of a criminal complaint charging Clive ALLEN with distribution and possession with intent to distribute a controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

3.      The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, and my training and experience.  As this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that ALLEN distributed and possessed fentanyl with the intent to distribute.

4.      In June 2025, I began an investigation into CLIVE ALLEN. Since then, on several occasions, ALLEN has sold fentanyl to a law enforcement agent operating in an undercover capacity (hereafter, "the UC").

5.    On or about July 17, 2025, ALLEN sold a quantity of fentanyl to the UC in the City of Syracuse.

6.    Specifically, prior to the sale, in a series of messages, ALLEN agreed to sell the UC approximately six ounces of fentanyl. A short time later, ALLEN met the UC at a location in the City of Syracuse. Once there, ALLEN said that he was providing approximately 100 grams of loose fentanyl, and the rest would be pre-packaged into bags. ALLEN then provided the UC with one knotted bag containing bulk loose powder, and several pre-packaged glassine bags containing the same. The powder was a tan substance suspected to contain fentanyl. The UC paid ALLEN for the suspected fentanyl, and then ALLEN left the area.

7.    Law enforcement subsequently performed field testing on the suspected fentanyl that ALLEN sold the UC. The field test produced a positive indication for the presence of fentanyl. The total weight of the suspected fentanyl was approximately 110.7 grams, including packaging. Based on my training and experience, as well as my knowledge of the manner in which fentanyl is typically packaged, I believe that ALLEN possessed and sold 40 grams or more of fentanyl on July 17.

8.    In light of the foregoing, I respectfully submit that there is probable cause to believe that **ALLEN** distributed and possessed with intent to distribute fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B). I respectfully request that the Court authorize the filing of  this complaint so that the defendant may be charged and brought to court for further proceedings in accordance with the law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

JACOB GARRETT Digitally signed by JACOB GARRETT
Date: 2025.10.10 12:35:09 -04'00'

Jacob Garrett
Special Agent, ATF

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by video conference on October 10, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Miroslav Lovric
United States Magistrate Judge

3